CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MICHELLE BRADLEY (State Bar No. 221323)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail:   cynthia.mellema@dentons.com
          jeffry.butler@dentons.com
          michelle.bradley@dentons.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

JAMES H. WILKINS (State Bar No. 116364)
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393
E-mail:   j.wilkins@wdcllp.com

Attorneys for Plaintiffs
MANE ARAX and JOSEPH SIMKA

**FILED**
MAR 28 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| MANE ARAX and JOSEPH SIMKA, | No. 1:13-cv-00863-AWI-GSA |
| Plaintiffs, | **STIPULATION RE: DISMISSAL WITH PREJUDICE** |
| vs. | |
| ALLSTATE INSURANCE COMPANY, and Does 1 through 25, inclusive, | |
| Defendants. | |

Case No. 1:13-cv-00863-AWI-GSA         - 1 -         STIPULATION RE DISMISSAL WITH PREJUDICE

The parties in the above-referenced action, plaintiffs Mane Arax and Joseph Simka and defendant Allstate Insurance Company, by and through their respective attorneys of record, hereby stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be DISMISSED in its entirety WITH PREJUDICE. Each side shall bear its own fees and costs.

Dated: March 26, 2014                WILKINS, DROLSHAGEN & CZESHINSKI LLP

                                     _____
                                     JAMES H. WILKINS
                                     Attorneys for Plaintiffs MANE ARAX
                                     and JOSEPH SIMKA

Dated: March 27, 2014                DENTONS US LLP

                                     _____
                                     JEFFRY BUTLER
                                     Attorneys for Defendant
                                     ALLSTATE INSURANCE COMPANY


It is so Ordered.  Dated: 3-28-14

_____
United States District Judge